**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————————

**No. 97-6043**

————————————————

LEE GADSON,

Plaintiff - Appellant,

versus

J. GLENN ALEWINE; WERNER BECK, MD; CHARLES
RUSHING, MD; EDSEL T. TAYLOR, Warden; PATRICIA
MCINTOSH, RN; RANDY BLACKMON, Sheriff; MIKE
PEEPLES,

Defendants - Appellees.

————————————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Joseph F. Anderson, Jr., District
Judge.  (CA-95-4066-2-17AJ)

————————————————

Submitted:  May 15, 1997           Decided:  May 29, 1997

————————————————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

————————————————

Affirmed by unpublished per curiam opinion.

————————————————

Lee Gadson, Appellant Pro Se.  Stephen P. Hughes, HOWELL, GIBSON &
HUGHES, P.A., Beaufort, South Carolina; obert Waller Achurch III,
HOWELL, GIBSON & BONEY, P.A., Beaufort, South Carolina; William
Henry Davidson II, James Miller Davis, Jr., ELLIS, LAWHORNE, DAVID-
SON & SIMS, P.A., Columbia, South Carolina, for Appellees.

————————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gadson v. Alewine</u>, No. CA-95-4066-2-17AJ (D.S.C. Nov. 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2